H. Grant Law (SBN: 144505)
hlaw@shb.com
Sheila M. Salomon (SBN 164619)
ssalomon@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION,<br><br>              Plaintiff,<br><br>     vs.<br><br>FORD MOTOR COMPANY and DOES 1-10,<br><br>              Defendants. | Case No. 2:06-cv-02703-LKK-DAD<br><br>**PLAINTIFF CALIFORNIA STATE AUTOMOBILE ASSOCIATION AND DEFENDANT FORD MOTOR COMPANY'S JOINT STIPULATION AND ORDER STAYING EXPERT DISCLOSURE** |

WHEREAS, this case is eligible to be transferred to the Multiple District Litigation regarding alleged defects in speed control deactivation switches, in the United States District Court for the Eastern District of Michigan, Civil Action No. 2:05-MD-01718; and

WHEREAS, the case will be transferred in the next few weeks; and

WHEREAS, expert disclosures are due in this case; and

WHEREAS, all involved parties hope to avoid incurring unnecessary costs.

/ / /

/ / /

1
PLAINTIFF CALIFORNIA STATE AUTOMOBILE ASSOCIATION AND DEFENDANT FORD MOTOR COMPANY'S
JOINT STIPULATION AND [PROPOSED] ORDER STAYING EXPERT DISCLOSURE
Case No. 2:06-cv-02703-LKK-DAD

132919v1

1  THEREFORE, Defendant FORD MOTOR COMPANY and Plaintiff CALIFORNIA STATE AUTOMOBILE ASSOCIATION hereby stipulate that expert discovery in this case be stayed until after this case is accepted by the Multiple District Litigation case in the District Court for the Eastern District of Michigan or it is returned to the District Court for the Eastern District of California.

Dated: November 27, 2007

CHOLAKIAN & ASSOCIATES
A Professional Corporation

By  */s/Kevin K. Cholakian*
KEVIN K. CHOLAKIAN

Attorneys for Plaintiff CALIFORNIA
STATE AUTOMOBILE ASSOCIATION

Dated: November 27, 2007

SHOOK, HARDY & BACON L.L.P.

By  */s/Sheila M. Salomon*
H. GRANT LAW
SHEILA M. SALOMON

Attorneys for Defendant
FORD MOTOR COMPANY

## [PROPOSED] ORDER

The parties hereto having so stipulated, IT IS ORDERED THAT expert disclosure and discovery is stayed until after the case is accepted in the Multiple District Litigation in Michigan District Court or it is returned to this court.

Dated: November 30, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
PLAINTIFF CALIFORNIA STATE AUTOMOBILE ASSOCIATION AND DEFENDANT FORD MOTOR COMPANY'S
JOINT STIPULATION AND [PROPOSED] ORDER STAYING EXPERT DISCLOSURE
Case No. 2:06-cv-02703-LKK-DAD

132919v1

**CERTIFICATE OF SERVICE**

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104, my facsimile number is (415) 391-0281. On the date shown below I served the following document(s):

**PLAINTIFF CALIFORNIA STATE AUTOMOBILE ASSOCIATION AND DEFENDANT FORD MOTOR COMPANY'S JOINT STIPULATION AND [PROPOSED] ORDER STAYING EXPERT DISCLOSURE**

on the interested parties named herein and in the manner indicated below:

| Attorney for Plaintiff<br>CALIFORNIA STATE AUTOMOBILE ASSOCIATION | Kevin K. Cholakian<br>CHOLAKIAN & ASSOCIATES<br>5 Thomas Mellon Circle<br>Suite 105<br>San Francisco, CA 94134<br>Tel:   (415) 467-8200<br>Fax:  (415) 467-8206<br>Email: kcholakian@cholakian.net |
|---|---|

  X     **FIRST CLASS U.S. MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons listed below by placing the envelope(s) for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 27, 2007**, at San Francisco, California.

*/s/Sy Vang*
Sy Vang