United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

January 16, 2008

United States District Court
Eastern District of California
Office of the Clerk
501 I Street
Sacramento, CA 95814

Re: MDL 1718 – Ford Motor Co. Speed Control Deactivation Switch Product Liability Litigation

| Transfer of Civil Case | CAE # | MIE # |
|---|---|---|
| California State Automobile Assoc v Ford Motor Co | 2:07-2703 | 08-10238 |

2:06CV2703 LKK DAD

Dear Sir/Madam:

Enclosed is a copy of a letter that was sent to you in November requesting that the above case be transferred pursuant to Conditional Transfer Order (CTO-27) by the Judicial Panel on Multidistrict Litigation.

As of today, we have not received your file. **If the case(s) has been entered into CM/ECF please e-mail the Clerk's Office at the address below after the case(s) has been closed. We will retrieve documents electronically. If the case(s) is not available on the internet, please provide ONLY a certified copy of the docket sheet and a certified copy of the complaint with any amendments.**

The Eastern District of Michigan case number has been assigned and is referenced above.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

David J. Weaver, Clerk

By: *[signature]*
Sarah Schoenherr
Data Quality Analyst
(313) 234-5090

Sarah_Schoenherr@mied.uscourts.gov




# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION

California State Automobile Association v. )
    Ford Motor Co., E.D. California, )
    C.A. No. 2:06-2703   O8-10238 )
Gary Medrano v. Ford Motor Co., )
    S.D. Illinois, C.A. No. 3:07-724 )
    08-10239

MDL No. 1718

## CONDITIONAL TRANSFER ORDER (CTO-27)

On October 28, 2005, the Panel transferred four civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1365 (J.P.M.L. 2005). Since that time, 70 additional actions have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Bernard A. Friedman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Friedman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of October 28, 2005, and, with the consent of that court, assigned to the Honorable Bernard A. Friedman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____ Deputy